UNITED STATES of America, Plaintiff–Appellee,

v.

Gary Donnell SIMMONS, Defendant–Appellant.

No. 04–10382.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 21, 2004.

Lynn V. Hastings, Assistant U.S. Attorney, Floyd Clardy, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Gary Donnell Simmons, Fort Worth, TX, for Defendant–Appellant.

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM: *

Gary Donnell Simmons, federal prisoner # 28403–177, appeals the district court's denial of his post-judgment motion seeking removal from his presentence report of the notation of a conviction in December 1980 for aggravated assault with a deadly weapon, for which he received no criminal history points. Simmons has appealed from the denial of a meaningless, unauthorized motion. *See United States v. Early,* 27 F.3d 140, 142 (5th Cir.1994).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

This appeal is without arguable merit and is therefore frivolous. *See Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983); 5TH CIR. R. 42.2. Accordingly, the Government's motion to dismiss the appeal as frivolous is GRANTED. Simmons is warned that he will be subject to sanctions if he makes any further frivolous filings. APPEAL DISMISSED AS FRIVOLOUS; SANCTION WARNING ISSUED.